# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MORAN INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 09 CV 5014 |
| v. | ) |
| | ) Judge James B. Zagel |
| STUDON ENTERPRISES, INC., et al., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

NOW COMES the undersigned counsel, Patrick J. O'Malley, and hereby moves this Court for an Order granting him leave to withdraw as counsel for the Plaintiff MORAN INDUSTRIES, INC. in the above-captioned matter, and in support of this Motion states as follows:

1. Attorney Patrick J. O'Malley recently filed his appearance on behalf of the Plaintiff MORAN INDUSTRIES, INC. in the above-captioned matter.

2. Attorney Patrick J. O'Malley has been instructed by the Plaintiff to seek leave to withdraw as its counsel in the above-caption matter, and has been further advised that the Plaintiff will be seeking to have new counsel, heretofore unknown to Attorney Patrick J. O'Malley, soon file an appearance on the Plaintiff's behalf to represent it further in these proceedings.

WHEREFORE, attorney Patrick J. O'Malley, counsel for the Plaintiff MORAN INDUSTRIES, INC., respectfully requests that this Court enter an Order granting him leave to withdraw as attorney in this matter.

Respectfully Submitted,

_____s/Patrick J. O'Malley_____
Attorney for the Plaintiff

Patrick J. O'Malley
Attorney at Law (ARDC#6280734)
12314 South 86th Avenue
Palos Park, Illinois 60464
Ph: 708/927-0719
E-mail: pomalley@att.net